Núm. 8486.—DEERWESTER, aplda. *v.* ROMÉU, aplte.—C. D. San ·Juan. ▮▮▮▮▮ Enero 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, la parte apelada presentó una moción solicitando la desestimación de este recurso por causa de abadono, siendo notifi-cado el apelante sin que radicara oposición a la misma y la vista se celebró el 26 de enero de 1942, con asistencia únicamente de la apelada;

POR CUANTO de la moción y de la certificación expedida por el Secretario ·de la Corte de Distrito de· San Juan acompañada a la misma resulta que la apelación se interpuso el 22 de noviembre de 1941, solicitándose el 1° de diciembre del mismo año que la corte ordenara al taquígrafo que preparara la transcripción de la eviden-cia, como en efecto lo ordenó;

POR CUANTO el taquígrafo y el propio apelante dejaron vencer el término concedido sin radicar la transcripción ni solicitar prórroga para ello;

Por tanto, aplicando la Regla 60 de este Tribunal y visto el caso de *Luciano* v. *Rodríguez,* 53 D.P.R. 987, se declara la moción con lugar, y en su consecuencia, se desestima, por abandono, el recurso.